FEBRUARY 17, 1987

No. 86–1083.  H. H. ROBERTSON CO. v. GLAROS.  C. A. Fed. Cir.  Certiorari dismissed under this Court's Rule 53. ▮

FEBRUARY 23, 1987

No. 86–568.  POTTER v. ABSHIRE.  Appeal from Ct. App. Cal., 5th App. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1131.  FINCHER v. FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY ET AL.  Appeal from C. A. 11th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–6049.  PRUITT v. UNITED STATES STEEL CORP. ET AL. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–6133.  GIACOMMOZZI v. ROLLINS.  Appeal from C. A. 1st Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–6150.  POPESCU v. NEW JERSEY.  Appeal from Sup. Ct. N. J. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–691.  TOBIN LANDSCAPE & CONSTRUCTION CO., INC. v. BRAMLETT.  Appeal from Ct. App. Tex., 5th Dist., dismissed for want of substantial federal question.